### URIAH FOSTER v. THE STATE.

No. 1470.   Decided January 17, 1912.

**Murder—Judgment—Practice on Appeal.**

Where no judgment was entered in the lower court, a motion to dismiss the appeal must be granted. Following Jones v. State, 43 Texas Crim. Rep., 419, and other cases.

Appeal from the District Court of Bastrop.   Tried below before the Hon. Ed R. Sinks.

Appeal from a conviction of murder in the first degree; penalty, imprisonment for life in the penitentiary.

The opinion states the case.

*J. B. Price* and *John T. Duncan,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—The appellant in this case was convicted for murder in the first degree, his penalty being assessed at life imprisonment in the penitentiary.

The Assistant Attorney-General has filed a motion to dismiss the appeal because there was no judgment entered in the lower court.

The motion to dismiss the appeal is granted. See Jones v. State, 43 Texas Crim. Rep., 419; Mayfield v. State, 40 Texas, 289; Mirelles, 13 Texas Crim. App., 346; Dent v. State, 59 S. W. Rep., 267. The appeal is, therefore, dismissed.

*Dismissed.*